```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PUREFACTS FINANCIAL SOLUTIONS                               :
INC. and PUREFACTS (USA) INC,                               :
                                                            :
                              Plaintiffs,                   :      22-CV-7058 (VSB)
                                                            :
              -against-                                     :            ORDER
                                                            :
GRACE COSTA and MICHAEL McCANN,                             :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 5, 2022, Plaintiffs filed a complaint against Defendants in the Supreme Court of the State of New York, County of New York. (*See* Doc. 1.) This action was removed from state court on August 18, 2022. (Doc. 1.) On September 2, 2022, I granted the Defendants' request for an extension of time to respond to the complaint until October 3, 2022. (Doc. 9.) I granted Defendants' second extension request to file a response to the complaint by November 2, 2022 and indicated to Defendants that no further extension would be granted. (Doc. 12.) Defendants filed their motion to dismiss the complaint on November 2, 2022, (Docs. 13, 14), however, the Clerk's Office flagged these entries as deficient and directed Defendants to refile the motion to dismiss. To date, Defendants have not complied with this directive and have not re-filed their motion to dismiss. Accordingly, it is hereby

ORDERED that by November 17, 2022 Defendants re-file their motion to dismiss in accordance with the instructions given by the Clerk's Office.

SO ORDERED.

Dated: November 14, 2022
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge