UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PUREFACTS FINANCIAL SOLUTIONS          :
INC. and PUREFACTS (USA) INC,          :
:
                         Plaintiffs,   :        22-CV-7058 (VSB)
:
        -against-               :        **ORDER**
:
GRACE COSTA and MICHAEL McCANN,        :
:
                         Defendants.   :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On November 14, 2022, in accordance with my Order regarding deficiencies in Defendants' original motion to dismiss, (Doc. 15), Defendants re-filed their motion to dismiss, (Docs. 16 – 18). Accordingly, it is hereby

ORDERED that Plaintiffs file any opposition to Defendants' re-filed motion to dismiss by December 2, 2022, and Defendants file any reply by December 9, 2022.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                                            Vernon S. Broderick
                                                            United States District Judge