UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
PureFacts Financial Solutions, Inc. and                  :
Purefacts (USA) Inc.,                                    :
                                                         :
                              Plaintiffs,                :      22-CV-7058 (VSB)
                                                         :
          -against-                                      :         **ORDER**
                                                         :
Grace Costa and Michael McCann,                          :
                                                         :
                              Defendants.                :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 16.

SO ORDERED.

Dated: January 10, 2023
       New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge